EDWARD J. KEENAN vs. MAYBROOK, INC., & others. Reported below: 40 Mass. App. Ct. 144 (1996).

WILLIAM LANGTON & another vs. COMMISSIONER OF CORRECTION & others. Reported below: 38 Mass. App. Ct. 1130 (1995).

ROLAND MARTINEAU vs. SALLY BUNCE-TURNER & another. Reported below: 40 Mass. App. Ct. 1106 (1996).

MASTERPIECE KITCHEN & BATH, INC. vs. PETER GORDON & another. Reported below: 40 Mass. App. Ct. 1109 (1996).

JOSEPH A. MESSERE vs. COMMISSIONER OF CORRECTION. Reported below: 40 Mass. App. Ct. 1109 (1996).

EDWIN R. ORWAT vs. CIVIL SERVICE COMMISSION & another. Reported below: 40 Mass. App. Ct. 1105 (1996).

CHARLES SMITH vs. TUFTS UNIVERSITY SCHOOL OF MEDICINE & others. Reported below: 40 Mass. App. Ct. 1109 (1996).


May 2, 1996

*Further appellate review granted:*

NORMAN TENOVSKY & another vs. ALLIANCE INSURANCE GROUP & others. Reported below: 40 Mass. App. Ct. 204 (1996).

*Further appellate review denied:*

A P EAST, INC. vs. BOARD OF ASSESSORS OF WESTBOROUGH (and two companion cases). Reported below: 40 Mass. App. Ct. 912 (1996).

COMMONWEALTH vs. JAMES KRICHKER. Reported below: 40 Mass. App. Ct. 1109 (1996).

COMMONWEALTH vs. NEIL J. MILLER. Reported below: 34 Mass. App. Ct. 1112 (1993).

COMMONWEALTH vs. DAVID A. SEQUEIRA (and a companion case). Reported below: 40 Mass. App. Ct. 1101 (1996).

COMMONWEALTH vs. RHADAMES V. SIBILIA. Reported below: 39 Mass. App. Ct. 1112 (1995).

COMMONWEALTH vs. GARY WALTER. Reported below: 40 Mass. App. Ct. 907 (1996).

IAG FEDERAL CREDIT UNION vs. BARRY J. LATERMAN & another. Reported below: 40 Mass. App. Ct. 116 (1996).

ANTHONY WILLIAM RAVOSA vs. NEIL ZAIS, individually and as trustee. Reported below: 40 Mass. App. Ct. 47 (1996). MR. JUSTICE GREANEY did not participate.

WILLIAM WHITE vs. WILMA WHITE. Reported below: 40 Mass. App. Ct. 132 (1996).


June 5, 1996

*Further appellate review denied:*

ADOPTION OF NICOLE. Reported below: 40 Mass. App. Ct. 259 (1996).

GERALD BAGLEY vs. CIVIL SERVICE COMMISSION & another. Reported below: 40 Mass. App. Ct. 1117 (1996).

ARTHUR J. BEATTY vs. JOSEPH DIMARIA & another. Reported below: 40 Mass. App. Ct. 1117 (1996).

L. PHILLIP BOUCHARD & others vs. CITY OF BEVERLY. Reported below: 40 Mass. App. Ct. 1114 (1996).